UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC T. HICKS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GARFIELD BEACH CVS, LLC, et al.,<br><br>　　　　Defendants. | Case No. EDCV 10-00793 VAP(OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendant Garfield Beach CVS, LLC is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: July 6, 2010

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　United States District Judge