**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC T. HICKS, ) | Case No. EDCV 10-00793 VAP(OPx) |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | |
| GARFIELD BEACH CVS, LLC, ) THRIFTY PAYLESS, INC., ) STR. 9804, ) | |
| ) | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendant Thrifty Payless, Inc., Str. 9804, is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: January 31, 2011

VIRGINIA A. PHILLIPS
United States District Judge